# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | FILED UNDER SEAL |
|---|---|---|
| Plaintiff, | ) | Cr. No. 12-10008-JDB |
| v. | ) | 21 U.S.C. § 841(a)(1) |
|  | ) | 21 U.S.C. § 846 |
| TERRY COPELAND, | ) | 21 U.S.C. § 856 |
| GINA YBARRA, and | ) | 18 U.S.C. § 2 |
| PAMELA HUDSON, | ) |  |
| Defendants. | ) |  |

# INDICTMENT

**THE GRAND JURY CHARGES:**

## COUNT 1

Beginning at a time unknown to the Grand Jury, but at least as early as September 29, 2011 until on or about October 25, 2011, in the Western District of Tennessee, the defendants,

------------------------------------------TERRY COPELAND--------------------------------------------
--------------------------------------------GINA YBARRA-------------------------------------------------
---------------------------------------------------and---------------------------------------------------------
-------------------------------------------PAMELA HUDSON---------------------------------------------

knowingly and intentionally combined, conspired, confederated and agreed together, and with other persons both known and unknown to the Grand Jury, to unlawfully, knowingly and intentionally manufacture and attempt to manufacture Methamphetamine, a Schedule II controlled substance, as classified by Title 21,

1

U.S.C. § 812, and to unlawfully, knowingly and intentionally possess with the intent to distribute Methamphetamine, a Schedule II controlled substance, all in violation of Title 21, U.S.C. §§ 841(a)(1) and 846.

> [nmt 20 yrs, or nmt $1,000,000 or both, and nlt 3 yrs supervised release, and if previously convicted of a felony drug crime, nmt 30 yrs, or nmt $2,000,000 or both, and nlt 6 yrs supervised release, together with a mandatory special assessment of $100, see 18 U.S.C. §3013(a)]

## COUNT 2

On or about September 29, 2011, in the Western District of Tennessee, the defendant,

------------------------------------------TERRY COPELAND--------------------------------------------

did knowingly possess with the intent to distribute and did distribute cocaine base (crack cocaine), a Schedule II controlled substance, as classified by Title 21, U.S.C. § 812, in violation of Title 21, U.S.C. § 841(a)(1).

> [nmt 20 yrs, nmt $1,000,000 fine or both, and nlt 3 yrs supervised release, and if previously convicted of a felony drug trafficking crime, nmt 30 yrs, nmt $2,000,000 or both, and nlt 6 yrs supervised release, together with a mandatory special assessment of $100, see 18 U.S.C. §3113(a)]

## COUNT 3

On or about October 5, 2011, in the Western District of Tennessee, the defendant,

-------------------------------------------**GINA YBARRA**----------------------------------------------

did knowingly possess with the intent to distribute and did distribute methamphetamine, a Schedule II controlled substance, as classified by Title 21, U.S.C. § 812, in violation of Title 21, U.S.C. § 841(a)(1).

> [nmt 20 yrs, nmt $1,000,000 fine or both, and nlt 3 yrs supervised release, and if previously convicted of a felony drug trafficking crime, nmt 30 yrs, nmt $2,000,000 or both, and nlt 6 yrs supervised release, together with a mandatory special assessment of $100, see 18 U.S.C. §3113(a)]

## COUNT 4

On or about October 25, 2011, in the Western District of Tennessee, the defendants,

-------------------------------------**TERRY COPELAND**-------------------------------------------
-------------------------------------------**GINA YBARRA**----------------------------------------------
------------------------------------------------**and**----------------------------------------------------
------------------------------------------**PAMELA HUDSON**-------------------------------------------

aiding and abetting each other, did knowingly and intentionally manufacture Methamphetamine, a Schedule II controlled substance, as classified by Title 21, U.S.C. § 812, in violation of Title 21, U.S.C. § 841(a)(1) and Title 18 U.S.C. § 2.

> [nmt 20 yrs, nmt $1,000,000 fine or both, and nlt 3
> yrs supervised release, and if previously convicted of
> a felony drug trafficking crime, nmt 30 yrs, nmt
> $2,000,000 or both, and nlt 6 yrs supervised release,
> together with a mandatory special assessment of
> $100, see 18 U.S.C. §3113(a)]

## COUNT 5

On or about October 25, 2011, in the Western District of Tennessee, the defendant,

-------------------------------------------PAMELA HUDSON-------------------------------------------

did unlawfully, knowingly and intentionally use and maintain a building, specifically located in the vicinity of 2945 Unionville Road, Dyersburg. Tennessee, and made available for use said building for the purpose of unlawfully manufacturing and using controlled substances, more specifically Methamphetamine, a Schedule II controlled substance, in violation of Title 21 U.S.C. § 856.

> [nmt 20 yrs, or nmt $500,000 fine, plus 3 yrs
> supervised release, together with a mandatory
> special assessment of $100, see 18 U.S.C.
> §3013(a)]

4

A TRUE BILL:

_____
FOREPERSON

_____
DATE


_____
MATTHEW J. WILSON
ASSISTANT UNITED STATES ATTORNEY