IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | CR. NO.: 12-10008-01-JDB |
| TERRY COPELAND, | * | |
| Defendant. | * | |

ORDER CONTINUING SENTENCING HEARING
AND NOTICE OF RESETTING

IT APPEARING TO THIS COURT THAT upon the filed motion of the Defendant, there being no objection filed by the Assistant United States Attorney, and for good cause shown, this motion is well taken and is, therefore, GRANTED.

The sentencing hearing in this matter shall be continued to Thursday, January 17, 2013 at 3:00 p.m.

IT IS SO ORDERED, this the 17th day of December, 2012.

s/ J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE